IT IS ORDERED

Date Entered on Docket: January 31, 2019

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

Re:
LAUREN MARIE PEREZ,
         Debtor.          No. 18-12863-T7

## ORDER GRANTING MOTION TO COMPEL TRUSTEE'S ABANDONMENT OF REAL PROPERTY LOCATED AT 1604 SANTA MONICA DR. LAS CRUCES, NM 88007 PURSUANT TO 11 U.S.C. §554

This matter came before the Court on the Debtor's Motion to Compel Trustee's Abandonment of Property Pursuant to 11 U.S.C. §554 filed January 15, 2019 (the "Motion" docket #18) in which Debtor, Lauren Marie Perez ("Debtor"), sought to compel the abandonment of her personal residence listed in her bankruptcy Schedule A and located at 1604 Santa Monica Dr. Las Cruces, NM 88007. Having considered the Motion and the record, and the requirements set forth in the Bankruptcy Code and Bankruptcy Rules, and being sufficiently advised;

The Court FINDS: (a) that on January 15, 2019, Debtor filed the Motion (docket #18); (b) on January 9, 2019, notice of the objection period along with the Motion was served ("Notice" docket #16) on all creditors and other parties in interest as shown on the

1

mailing list provided to the Court by the Debtors, specifying that objections were to be filed no later than fourteen days (plus three days mailing) from the date of the Notice; (c) the Notice was appropriate in the particular circumstances; (d) the objection deadline of January 24, 2019 has expired and one Conditional Non-Opposition response was filed by Creditor, Wells Fargo Bank, N.A.; (e) said Creditor consents as noted below; and (f) the Motion is well taken and will be granted.

THE COURT THEREFORE ORDERS, pursuant to 11 U.S.C. §554(b), that the Motion for Abandonment shall be granted and that an Order Abandoning the Property shall be submitted by the Debtor and entered by the Court based on the terms and conditions of such abandonment as set forth in the Motion.

THE COURT FURTHER ORDERS that the abandonment does not affect any liens against property including that consensual mortgage between the Debtor and Wells Fargo Bank, N.A.

***END OF ORDER***

Respectfully Submitted,

*S/electronically Submitted 1.28.19*
R. "Trey" Arvizu, III
Attorney for Debtor
P.O. Box 1479
Las Cruces, NM  88004
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com

Approved:

*Via email 1.30.19*
Daniel Grunow, Esq.
Attorney for Movant

6501 Eagle Rock NE Ste. A-3
Albuquerque, NM 87113

Copy to:

Clarke C. Coll
Chapter 7 Trustee
P.O. Box 2288
Roswell, NM 88202-2288
clarkecoll@gmail.com