IT IS ORDERED

Date Entered on Docket: January 31, 2019

**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



___

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

Re:
LAUREN MARIE PEREZ,
        Debtor.                     No. 18-12863-T7

## ORDER ABANDONING REAL PROPERTY LOCATED AT 1604 SANTA MONICA DR. LAS CRUCES, NM 88007 PURSUANT TO 11 U.S.C. §554

This matter came before the Court on the Debtor's Motion to Compel Trustee's Abandonment of Property Pursuant to 11 U.S.C. §554 filed January 15, 2019 (the "Motion" docket #18) in which Debtor, Lauren Marie Perez ("Debtor") sought to compel the abandonment of her personal residence listed in her Schedule A and located at 1604 Santa Monica Dr. Las Cruces, NM 88007. An Order Granting the Debtor's Motion was submitted and entered by the Court on January 31, 2019 (docket #21). The Court being fully advised hereby:

ORDERS ADJUDGES AND DECREES that the Debtor's real property described as her primary residence listed in Schedule A of her Bankruptcy Schedules and Statements filed in this bankruptcy and located at 1604 Santa Monica Dr. Las Cruces,

1

Case 18-12863-t7    Doc 22    Filed 01/31/19    Entered 01/31/19 15:59:32 Page 1 of 2

NM 88007 is hereby deemed abandoned and removed from the Debtor's bankruptcy estate.

FURTHER ORDERS that the abandonment does not affect any liens against property including that consensual mortgage between the Debtor and Wells Fargo Bank, N.A. and that escrow shall disburse sale proceeds to pay existing liens on the property in full. Wells Fargo Bank, N.A. shall be paid directly.

\*\*\*END OF ORDER\*\*\*

Respectfully Submitted,

*S/electronically submitted 1.31.19*
R. "Trey" Arvizu, III
Attorney for Debtor
P.O. Box 1479
Las Cruces, NM 88004
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com

Approved:

*Via email 1.30.19*
Daniel Grunow, Esq.
Attorney for Movant
6501 Eagle Rock NE Ste. A-3
Albuquerque, NM 87113

Copy to:

Clarke C. Coll
Chapter 7 Trustee
P.O. Box 2288
Roswell, NM 88202-2288
clarkecoll@gmail.com